UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION
NORTHERN DISTRICT OF ALABAMA

IN RE:                                          CASE NO. 13-80511-CRJ-13
                                                CHAPTER 13
Christopher Galloway
LaQuita G Galloway                              JUDGE CLIFTON R. JESSUP, JR

        DEBTORS                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Michele T. Hatcher files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:  US BANK NATIONAL ASSOCIATION**          **Court Claim No:  23**

**Final Cure Amount**

Amount of Prepetition Arrears:  $8,596.35

Additional Interest Paid:  $4,302.45

Amount Paid by Trustee:  $12,898.80

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

☐  Through the Chapter 13 Trustee          ☑  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with Section 1322(b)(5) of the Code.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim.

Dated:  July 06, 2018                           /s/ Michele T. Hatcher, Trustee

                                                Michele T. Hatcher, Trustee
                                                Standing Chapter 13 Trustee
                                                P.O. Box 2388
                                                Decatur, AL  35602-2388

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Main or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of July, 2018.

Christopher Galloway
2515 Garden Park Drive
Huntsville, AL 35810

JACK B SABATINI
ATTORNEY AT LAW
108 SO SIDE SQ
HUNTSVILLE, AL 35801

US BANK NATIONAL ASSOCIATION
C/O SN SERVICING CORP
323 5TH ST
EUREKA, CA 95501

Dated: July 06, 2018                    /s/ Michele T. Hatcher, Trustee
                                        Michele T. Hatcher, Trustee
                                        Standing Chapter 13 Trustee
                                        P.O. Box 2388
                                        Decatur, AL 35602-2388